E-FILED
Friday, 21 January, 2005  01:45:04 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No.  05-100 02 |
| | ) | VIO: Title 18, United States Code, |
| STEVEN ARTHUR MILLER, | ) | Sections 2252A(a)(5)(B). |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
### (Possession)

On or about November 30, 2004, in Peoria, Illinois, in the Central District of Illinois,

### STEVEN ARTHUR MILLER.,

the defendant herein, knowingly possessed, and knowingly attempted to possess, three or more

images, that is computer-generated images, physical printouts and images saved and stored on

computer storage media, including on computer hard drives and CD computer diskettes, zip

disks, floppy disks, and videotapes, and any other materials containing an image of child

pornography, said images constituting child pornography, as defined in Title 18, United States

Code, Section 2256(8)(A) and (B), in that the production of such visual depictions involved the

use of a minor engaging in sexually explicit conduct and such visual depictions are

indistinguishable from that of a minor engaging in sexually explicit conduct and said images had

been shipped and transported in interstate commerce and had been produced using materials

which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## Count 2
## (Forfeiture)

1.      The allegations contained in Count 1 of this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of

Title 18, United States Code, Section 2253.

2.      From his engagement in the violation alleged in Count 1 of this Indictment, the

defendant,

## STEVEN ARTHUR MILLER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all the

interest in:

          a.      Any visual depiction or other matter containing such visual depiction

                which was produced, transported, mailed, shipped, received, or possessed

                as alleged in Count 1 of this Indictment;

          a.      Any property, real or personal, constituting or traceable to gross profits or

                other proceeds obtained from the offenses alleged in Count 1 of this

                Indictment; and

          b.      Any property, real or personal, used or intended to be used to commit or

                promote the commission of the offenses alleged in Count 1 of this

                Indictment.

3.      The property referenced in paragraph 2, subparagraphs a, b, and c above includes,

but is not limited to, computer hardware, such as monitors, central processing

units, keyboards, computer programs, software, computer storage devices, such as

disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and

other telephonic and acoustical equipment, printers, contents of memory data

contained in and through the aforementioned hardware and software tools,

equipment, manuals and documentation for the assembly and use of the

aforementioned hardware and software, including but not limited to, the

following:

      a.      Buslink External USB2 hard drive, model UII-1007E, serial number 1Q4A0276, all operating software, and including any keyboard, mouse, monitor, cords, etc.;

      b.      Western Digital hard drive, model WD1000, serial number WMA8C1550252, all operating software and including any keyboard, mouse, monitor, cords, etc.;

      c.      Western Digital hard drive, model WD600, serial number WMA9S1516492, all operating software and including any keyboard, mouse, monitor, cords, etc.;

      d.      Fujitsu hard drive, model MPD3043AT, serial number 05071121, all operating software and including any keyboard, mouse, monitor, cords, etc.;

      e.      Quantum Fireball hard drive, no model number, serial number P000509068, all operating software and including any keyboard, mouse, monitor, cords, etc.;

      f.      VHS tapes and DVDs;

g.    Floppy disks, zip disks, compact discs

4.    If, as a result of any act or omission of the defendant, **STEVEN ARTHUR MILLER**, and if the property described above as being subject to forfeiture:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant, **STEVEN ARTHUR MILLER**, up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL**

s/Foreperson

**Foreperson**

s/K. Tate Chambers

for **JAN PAUL MILLER**
**UNITED STATES ATTORNEY**

SLP

4