# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **05-10002**<br>)<br>)<br>) |
| **Steven Arthur Miller**<br>    Defendant | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:30 a.m.** on **Friday, March 11, 2005.**

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, March 21, 2005**

at

[X] Peoria, Illinois

before the Honorable Joe B. McDade, Chief U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 21st day of January, 2005

/s/ John A. Gorman
_____
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE