E-FILED
Tuesday, 08 February, 2005 02:53:28 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

FILED

FEB - 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 05-10002-001 |
| STEVEN ARTHUR MILLER | ) | |
| 105 E. Roanoke, #8 | ) | |
| Peoria, IL. 61605 | ) | SEALED |
| Defendant | ) | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Steven Arthur Miller, and bring him forthwith to the nearest magistrate judge to answer an indictment charging him with Possession of Child Pornography and Criminal Forfeiture in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 18:2253.

s/ John Waters

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/ H. Kallister

Signature of Issuing Officer

01/20/05 at Peoria, IL.
Date and Location

*Bail fixed at $NO BOND by Magistrate Judge John Gorman.*

| RETURN | Peoria, IL |
|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | |
| Date Received 1-21-05  Name of Arresting Officer James Feehan | Signature of Arresting Officer |
| Date of Arrest 1-20-05  Title of Arresting Officer FBI | s/ Officer |