UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-10002 |
| | ) | |
| STEVEN A. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

Now comes ROBERT A. ALVARADO and the Office of the Federal Public Defender for the Central District of Illinois and respectfully requests this Court to allow counsel to withdraw from representation of defendant in this cause. Counsel received discovery from the Government yesterday and determined that a direct conflict of interest exists due to the representation of another client. Counsel is prepared to fully explain the conflict if the court so desires.

WHEREFORE, counsel respectfully requests this Court to allow him to withdraw from representation of defendant.

STEVEN A. MILLER, Defendant

BY:   s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Tom Keith, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org