E-FILED
Monday, 25 July, 2005 10:34:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 05-10002 |
| STEVE MILLER, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Now comes The United States of America, by its attorneys, Jan Paul Miller, United States Attorney, and Thomas A. Keith, Assistant United States Attorney for the Central District of Illinois, and moves this Court to continue the sentencing hearing in this matter. In support, the government states as follows:

1. That the sentencing hearing was set for August 12, 2005 and that this Court reset the hearing for August 26, 2005 at 9:30 a.m.;

2. That the undersigned attorney for the government is a special assistant United States Attorney and has a conflict with another court appearance on August 26, 2005 at 9:30 a.m.;

3. That the undersigned attorney has contacted Arthur Inman, defense counsel who has no objection to the motion to continue.

WHEREFORE, the government moves this Court to continue the sentencing hearing to a

date and time other than August 26, 2005 at 9:30 a.m.

                UNITED STATES OF AMERICA

                JAN PAUL MILLER
                UNITED STATES ATTORNEY


                s/Suzanne Patton
                Suzanne Patton
                Special Assistant United States Attorney


## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO CONTINUE SENTENCING HEARING** has been made on the party below by CM ECF filing on July 25, 2005.

                Arthur Inman
                Attorney at Law
                411 Hamilton Blvd., Suite 1302
                Peoria, IL 61602


                s/ Margo Scamp
                Legal Assistant