IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-10002 |
| | ) |
| STEVE MILLER, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S NOTICE OF INTENT TO SEEK UPWARD SENTENCING ADJUSTMENT

Now comes the United States of America, by its attorneys, Jan Paul Miller, United States Attorney, and Suzanne Patton, Special Assistant United States Attorney for the Central District of Illinois, and give notice that the government intends to seek an upward adjustment in the sentencing guideline range in the above-captioned case pursuant to U.S.S.G. §2G2.2, application note 4 because the number of images used to determine the defendant's base offense level substantially under represents the number of minors depicted.  The government intends to call the following witness to testify as an expert in the collection and recovery of digital evidence: Special Federal Officer James C. Feehan.

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/Suzanne Patton
Suzanne Patton
Special Assistant United States Attorney


### CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **GOVERNMENT'S NOTICE OF INTENT TO SEEK UPWARD SENTENCING ADJUSTMENT** has been made on the party below by CM ECF filing on July 27, 2005.

>Arthur Inman
>Attorney at Law
>411 Hamilton Blvd., Suite 1302
>Peoria, IL 61602

>s/ Margo Scamp
>Legal Assistant