E-FILED
Wednesday, 07 September, 2005  02:52:49 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-10002 |
| STEVEN A. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR UPWARD DEPARTURE**

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney, and Suzanne L. Patton, Special Assistant United States Attorney for the Central District of Illinois, and moves this Court to upward depart in the above captioned case based on the number of images possessed by the defendant which substantially exceeds the highest number of images contemplated by U.S.S.G.§2G2.2(b)(7)(D).

The government anticipates calling Special Federal Officer James C. Feehan as a witness at the sentencing hearing set for Friday, September 16, 2005.

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/Suzanne L. Patton
Suzanne L. Patton
Special Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Ste. 400
Peoria, Illinois 61602
(309) 671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **GOVERNMENT'S MOTION FOR UPWARD DEPARTURE** has this 7th day of September, 2005, been made on the parties listed below by electronic filing same to:

Art Inman
Attorney at Law
411 Hamilton Blvd., Suite 1302
Peoria, IL 61602

Genise Bailey
United States Probation Officer
100 N.E. Monroe, Room 332
Peoria, IL 61602

s/Margo Scamp
Legal Assistant
