E-FILED
Thursday, 08 September, 2005 09:15:53 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED
SEP - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) | WARRANT FOR ARREST |
| vs | ) ) | |
| Steven Arthur Miller<br>112 Linden Lane<br>East Peoria, IL 61611<br>Defendant | ) ) ) ) ) | CASE NO. 05-10002-001 |

TO: THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Steven Arthur Miller, and bring him forthwith to the nearest district judge to answer a Petition for Action on Conditions of Pretrial Release charging him with violation of Conditions of Pretrial Release in violation of Title 18, United States Code, Section(s) 3148(b).

Michael M. Mihm
Name of Issuing Officer

s/Michael M. Mihm
Signature of Issuing Officer

U.S. District Judge
Title of Issuing Officer

August 12, 2005 at Peoria, IL
Date and Location

US MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED
2005 AUG 16 P 2: 17

Bail fixed at $ No Bond by Michael M. Mihm, U.S. District Judge.

**RETURN**  Peoria IL

This warrant was received and executed with the arrest of the above named defendant at

| Date Received 8/12/05 | Name of Arresting Officer M. Sheasby | Signature of Arresting Officer |
| Date of Arrest 8/12/05 | Title of Arresting Officer DUSM | s/ officer |