AO 187 (Rev. 4/82)

**EXHIBIT AND WITNESS LIST**

| | | |
|---|---|---|
| USA vs. Steven Arthur Miller | | DISTRICT COURT Central District of IL |
| PLAINTIFF'S ATTORNEY Suzanne Patton, Thomas Keith | DEFENDANT'S ATTORNEY Arthur Inman | DOCKET NUMBER 05-10002 TRIAL DATE(S) 10/5/05 |
| PRESIDING JUDGE McDade | COURT REPORTER Nancy Mersot | COURTROOM DEPUTY s/M. Leininger |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/5/05 | 10/5/05 | 10/5/05 | CD copy of Agent Feehan's report w/child pornography — James Feehan, SA |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages