**FILED**
JAN 1 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Steven Arthur Miller

Case Number: 05-10002

The appeal time having expired ~~and/or the appeal having been conclu~~ded, the original Sealed Pre-Sentence Report (document number 22 ), Sentencing Recommendation (document number 23 ) and Statement of Reason(s) Page (document number 26 ) were returned to the U.S. Probation Office on 01/09/6 .

Received by:

S/Douglas Heuermann /hm
U.S. Probation Office
Date: 01/09/06

RECEIVED
2006 JAN -9 PM 4:30
US PROBATION PEORIA