

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

April 4, 2007

**FILED**
APR 9 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S.A.
    Plaintiff      )
                    )

vs          )    Case # 05-10002

Steven Arthur Miller
    Defendant   )

O R D E R

IT IS ORDERED that the Clerk of the Court is directed to return document #20 to Assistant U.S. Attorney Tom Keith. Document #20 is a sealed government's exhibit #1 admitted at sentencing hearing held 10/5/5 (CD in case). This case has concluded and no appeal has been filed.

Date: 4/9/2007

s/ Joe B. McDade
JOE B. McDADE