



JOHN M. WATERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

April 9, 2007

| | |
|---|---|
| USA<br>    Plaintiff<br><br>vs<br><br>STEVEN ARTHUR MILLER<br>    Defendant | )<br>)<br>)<br>)<br>)  Case # 05-10002<br>)<br>)<br>)<br>) |

### RECEIPT

Received from John M Waters, Clerk, United States District Court for the Central District of Illinois, government exhibit #20 admitted at Sentencing Hearing held 10/5/5.

Date: 4/10/07

s/ D. Hansen
_____
AUSA